# Wytheville.

## LAMBERT V. PETERS.

### June 17, 1909.

1. This case is ruled by *Lambert* v. *Phillips, ante,* p. 632.

Error to a judgment of the Circuit Court of the city of Richmond in an action of *assumpsit.* Judgment for the plaintiff. Defendant assigns error.

*Reversed.*

*Wm. L. Royall,* for the plaintiff in error.

*John A. Lamb,* for the defendant in error.

BUCHANAN, J., delivered the opinion of the court.

This case was heard with the case of Lambert *v.* Phillips & Son, *ante,* p. 632, upon the same record and involves the same questions.

For the reasons stated in the opinion in that case, handed down at this term of the court, the judgment in this case must be reversed, the verdict set aside, and the cause remanded for a new trial, to be had not in conflict with the views expressed in that opinion.

*Reversed.*